IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 263

| | |
|---|---|
| ANGELA S. BURKE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on George C. Piemonte's Application for Admission to Practice *Pro Hac Vice* of William Daniel Mayes. It appearing that William Daniel Mayes is a member in good standing with the South Carolina State Bar and will be appearing with George C. Piemonte, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that George C. Piemonte's Application for Admission to Practice *Pro Hac Vice* (#3) of William Daniel Mayes is **GRANTED**, and that William Daniel Mayes is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with George C. Piemonte.

Signed: August 27, 2012

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge