# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ANGELA S. BURKE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00263-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2014 Order.

January 23, 2014

Frank G. Johns, Clerk
United States District Court